482

Vincent D. Phillips, Department of Justice, Washington, DC, for Intervenor.

Jeffrey A. Gauger, Merit Systems Protection Board, Washington, DC, for Respondent.

Milo D. Burroughs, Yelm, WA, pro se.

## ON MOTION

### ORDER

Upon consideration of the motions to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the Department of Transportation to intervene,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) The respondent's and intervenor's briefs are due within 40 days of the date of filing of this order.

Robert D. Fish, Fish & Associates, PC, of Irvin, California, argued for appellants. With him on the brief was Andrew N. Mar.

Kristi L.R. Sawert, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor and William LaMarcas, Associate Solicitor.

Before NEWMAN, BRYSON, and LINN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**In re Paul J. FLETCHER, Garry C. Heath, and Best Buy Enterprise Services, Inc. (assignee of entire interest).**

No. 2010–1337.

United States Court of Appeals, Federal Circuit.

Dec. 15, 2010.

**Patrick M. McMORROW, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2010–3169.

United States Court of Appeals, Federal Circuit.

Dec. 15, 2010.